THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAR-
NELL TOMLIN, Appellant.

Submitted January 7, 2008; decided January 10, 2008

Reported below, 41 AD3d 620.

Motion for an extension of the time within which to apply for
permission to appeal pursuant to CPL 460.20 granted and mo-
tion papers treated as a timely CPL 460.20 application.

■

In the Matter of HASAN RAQIYB, Appellant, v ROBERT A. KIRK-
PATRICK, as Superintendent of Wende Correctional Facility,
et al., Respondents. (And Another Proceeding.)

Submitted December 3, 2007; decided January 10, 2008

Reported below, 42 AD3d 966.

Motion for reargument of motion for leave to appeal denied
[*see* 9 NY3d 813 (2007)]. Motion for poor person relief dismissed
as academic.

■

CARMEL REDDINGTON, Appellant-Respondent, v STATEN ISLAND
UNIVERSITY HOSPITAL et al., Respondents-Appellants.

Decided January 10, 2008

Certification of questions by the United States Court of Ap-
peals for the Second Circuit, pursuant to section 500.27 of the
Rules of Practice of the Court of Appeals (22 NYCRR 500.27),
accepted and the issues presented are to be considered after
briefing and argument.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO,
READ, SMITH, PIGOTT and JONES.